THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY et al., Appellants, *v.* THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, SECOND DISTRICT, et al., Respondents.

Reported below, 146 App. Div. 900.
(Argued January 6, 1913; decided January 14, 1913.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth

judicial department, entered October 11, 1911, which dismissed a writ of certiorari and confirmed the proceedings of the defendant Public Service Commission granting a certificate that public convenience and a necessity required the construction of the proposed Buffalo Frontier Terminal Railroad.

The motion was made upon the grounds that the appellants had failed to perfect the appeal by filing the required return and that no questions of law were involved which could be reviewed by the Court of Appeals.

*Frank B. Church* for motion.

*S. F. Carr* opposed.

Motion denied, with ten dollars costs.